IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CIRCLE CITY BROADCASTING, LLC and  }
NATIONAL ASSOCIATION OF BLACK  }
OWNED BROADCASTERS,  }
                                     }
       Plaintiffs,  }
                                     }  Case No. 1:20-cv-00750-TWP-TAB
          v.  }
                                     }
DISH NETWORK LLC,  }
                                     }
       Defendant.  }

**ORDER GRANTING JOINT MOTION AND ESTABLISHING
AMENDED MANAGEMENT DEADLINES**

This matter came before the Court on the parties' Joint Motion for 90-Day Extension of Case

Management Deadlines.  The Joint Motion seeks to extend all future deadlines by 90 days.  The Court,

having reviewed the Joint Motion and being duly advised, hereby **GRANTS** the Joint Motion.

THE COURT FINDS that the current case management deadlines shall be amended by 90

days as outlined below:

| Description of Deadline | Existing Case Management Deadline | New Case Management Deadline |
|---|---|---|
| Deadline to disclosure expert testimony if party intends to use for summary judgment purposes | **December 9, 2020** | March 9, 2021 |
| If expert disclosures are served per above, then parties shall conference within 7 days and stipulate to a date for responsive disclosures if any | **December 16, 2020** | March 16, 2021 |
| Non-expert witness discovery and liability discovery deadline | **January 8, 2021** | April 8, 2021 |
| FRCP 11(b) statement of claims or defenses due | **January 15, 2021** | April 15, 2021 |
| Plaintiff's FRCP 26(a)(2) Disclosure Deadline | **March 9, 2021** | June 7, 2021 |
| Dispositive motions due | **March 9, 2021** | June 7, 2021 |
| Defendant's FRCP 26(a)(2) Disclosure Deadline | **April 9, 2021** | July 8, 2021 |

| Description of Deadline | Existing Case Management Deadline | New Case Management Deadline |
|---|---|---|
| Deadline for any party who wishes to limit or preclude expert testimony at trial to file objections | **May 7, 2021** | **August 5, 2021** |
| Parties to file and serve final witness and exhibit lists | **May 7, 2021** | **August 5, 2021** |
| Expert witness discovery and damages discovery | **June 9, 2021** | **September 7, 2021** |
| All remaining discovery to be completed | **July 9, 2021** | **October 7, 2021** |
|  |  |  |

IT IS SO ORDERED.


_____               _____

DATE                                  JUDGE, UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF INDIANA


Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.