IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CIRCLE CITY BROADCASTING, LLC and NATIONAL ASSOCIATION OF BLACK OWNED BROADCASTERS,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>DISH NETWORK LLC,<br><br>　　　　Defendant. | Case No. 1:20-cv-00750-TWP-TAB |

**ORDER GRANTING JOINT MOTION AND ESTABLISHING
AMENDED MANAGEMENT DEADLINES**

This matter came before the Court on the parties' Joint Motion for 90-Day Extension of Case Management Deadlines. The Joint Motion seeks to extend all future deadlines by 90 days. The Court, having reviewed the Joint Motion and being duly advised, hereby **GRANTS** the Joint Motion.

THE COURT FINDS that the current case management deadlines shall be amended by 90 days as outlined below:

| **Description of Deadline** | **Existing Case Management Deadline** | **New Case Management Deadline** |
|---|---|---|
| Deadline to disclosure expert testimony if party intends to use for summary judgment purposes | **December 9, 2020** | **March 9, 2021** |
| If expert disclosures are served per above, then parties shall conference within 7 days and stipulate to a date for responsive disclosures if any | **December 16, 2020** | **March 16, 2021** |
| Non-expert witness discovery and liability discovery deadline | **January 8, 2021** | **April 8, 2021** |
| FRCP 11(b) statement of claims or defenses due | **January 15, 2021** | **April 15, 2021** |
| Plaintiff's FRCP 26(a)(2) Disclosure Deadline | **March 9, 2021** | **June 7, 2021** |
| Dispositive motions due | **March 9, 2021** | **June 7, 2021** |
| Defendant's FRCP 26(a)(2) Disclosure Deadline | **April 9, 2021** | **July 8, 2021** |

| Description of Deadline | Existing Case Management Deadline | New Case Management Deadline |
|---|---|---|
| Deadline for any party who wishes to limit or preclude expert testimony at trial to file objections | **May 7, 2021** | **August 5, 2021** |
| Parties to file and serve final witness and exhibit lists | **May 7, 2021** | **August 5, 2021** |
| Expert witness discovery and damages discovery | **June 9, 2021** | **September 7, 2021** |
| All remaining discovery to be completed | **July 9, 2021** | **October 7, 2021** |
|  |  |  |

IT IS SO ORDERED.

Date: 12/8/2020

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.