UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CIRCLE CITY BROADCASTING I, LLC AND NATIONAL ASSOCIATION OF BLACK OWNED BROADCASTERS, <br><br>  Plaintiffs, <br><br>  v. <br><br> DISH NETWORK, LLC, <br><br>  Defendant. | ) ) ) ) ) ) ) ) CASE NO. 1:20-cv-00750-TWP-TAB ) ) ) ) ) |

## **ORDER**

Parties appeared by counsel on June 15, 2021, for a telephonic status conference to address a discovery issue. The Court, having heard from counsel, orders as follows.

Defendant DISH Network, LLC, recently served the following document request: "All retransmission agreements between Circle City and any MVPDs other than DISH, and all Communications related to proposals and negotiations regarding such agreements." The focus of the discovery conference related to the first half of this request, namely, the retransmission agreements, themselves.

Plaintiff Circle City Broadcasting I, LLC, objected, stating that while it has several agreements responsive to this request, the agreements all contain some form of confidentiality language that limits Circle City's ability to produce them.

The Court finds that the agreements are relevant to the claims and defenses asserted in this case and that the request for the agreements is otherwise proportional to the needs of the case. Circle City's confidentiality objection is overruled. If appropriate, Circle City may

designate these documents as subject to the Court-approved protective order previously entered in this case.

Date:  6/17/2021

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via ECF.