IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CIRCLE CITY BROADCASTING I, LLC, | |
| Plaintiff, | |
| v. | Case No. 1:20-cv-00750-TWP-TAB |
| DISH NETWORK LLC, | |
| Defendant. | |

**ORDER ON MOTION FOR LEAVE TO MAINTAIN UNDER SEAL
17- WORD EXCERPT FROM ORDER ON DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

This matter is before the Court on Defendant's Motion for Leave to Maintain Under Seal 17-Word Excerpt from Order on Defendant's Motion for Summary Judgment (Filing No. 213). Plaintiff has filed a response in Opposition to Dish's Request to Redact Summary Judgment Entry. (Filing No. 217). Documents that affect the disposition of federal litigation are presumptively open to public view, even if the litigants strongly prefer secrecy, unless a statute, rule, or privilege justifies confidentiality. *In re Specht*, 622 F.3d 697, 701 (7th Cir. 2010). The Court intentionally wrote its summary judgment opinion in general terms and in a way that omitted any secret details. The Court, having reviewed the Motion and Response in Opposition, and being duly advised, hereby DENIES the Motion.

Date: 4/7/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF